UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/06/2019____

-------------------------------------------------------------X

THIMES SOLUTIONS INC.,                    :
                                          :
                        Plaintiff,        :
                                          :
        -against-                         :
                                          :        19-CV-4970 (VEC)
                                          :
TP LINK USA CORPORATION, MIKHAIL J        :        ORDER
FIKHMAN dba AMAZZIA, 3PM SHIELD LLC,      :
and PREVAGEN, INC. c/o CORPORATION        :
SERVICE CO.                               :
                                          :
                        Defendants.       :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on December 6, 2019, the parties appeared for a conference with this Court;

    WHEREAS Defendants argue the Court lacks personal jurisdiction for the reasons stated

in *Careful Shopper, LLC v. TP-Link USA Corp.*, No. 18-CV-3019 (RJD) (E.D.N.Y. 2019) (Dkt.

40, Order on Motion to Dismiss);

    WHEREAS a related case, *TP Link USA Corp. v. Careful Shopper LLC et al.*, 19-CV-082

(JLS) is pending in the Central District of California;

    WHEREAS all parties consent to a transfer of this case to the Central District of

California;

    IT IS HEREBY ORDERED THAT, pursuant to 28 U.S.C. § 1404(a), this case is

immediately TRANSFERRED to the United States District Court for the Central District of

California.

**SO ORDERED.**

Date:  **December 6, 2019**
       **New York, New York**

_____
        **VALERIE CAPRONI**
        **United States District Judge**